AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>KIMBERLY JO "KIM" WILLIAMS<br><br>Defendant | )<br>)<br>)<br>)<br>) | Case No. 5:MJ-11-92 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kimberly Jo "Kim" Williams,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Did knowingly execute a scheme or artifice to defraud a financial institution

Date: 7-12-11

*Issuing officer's signature*

City and state: Wilkes-Barre, PA                Malachy E. Mannion, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/12/11, and the person was arrested on *(date)* 7/14/11
at *(city and state)* Berwick, PA.

Date: 7/14/11

*Arresting officer's signature*

Edward T. Leonard
SA, U.S. Secret Service
*Printed name and title*