OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

**Gary L. Hollinger**
*Acting Clerk of Court*

(570) 207-5600  FAX (570) 207-5650
Internet address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg:    (717) 221-3920
Williamsport: (570) 323-6380

MARCH 10, 2014

Clerk of Court
US District Court
500 Pearl Street
Room 120
New York, NY 10007-1312

FILED SCRANTON
MAR 10 2014
PER _____ DEPUTY CLERK

RE: USA  v.  Williams
     3:11-CR-346

Dear Clerk of Court,

   Pursuant to the Order Transferring Jurisdiction, I am enclosing a copy of the Transfer Order along with a Certified copy of the Docket Sheet. The original records of this case may be obtained by accessing CM/ECF through PACER. Certified copies of any document not available through PACER are also enclosed.

**THE DEFENDANT DOES/DOES NOT APPEAR TO HAVE OUTSTANDING FINANCIAL OBLIGATIONS.** If you have any questions regarding this matter do not hesitate to contact me at: 570-207-5672.

   Thank you for your assistance in this matter.

                                      Sincerely,
                                      Gary L. Hollinger, Acting Clerk of Court

cc: US MARSHAL                        BY: _____
    US PROBATION                                Deputy Clerk
    US ATTORNEY

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 0314:3:CR-11-346-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 14CR129 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kimberly Jo Williams ~~[address redacted]~~ | Middle/Pennsylvania | Williamsport |
| | NAME OF SENTENCING JUDGE | |
| | A. Richard Caputo, United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/24/2012 — TO 04/23/2015 |

OFFENSE
Bank Fraud, 18 U.S.C. § 1344

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __MIDDLE__ DISTRICT __PENNSYLVANIA__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Southern District of New York__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_January 29, 2014_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Southern__ DISTRICT OF __New York__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_2/19/14_
Effective Date

_Cathy Seibel_
United States District Judge